NORTHEASTERN SHARES CORPORATION, Respondent, *v.* INTERNATIONAL INSURANCE COMPANY OF NEW YORK, Appellant.

(Argued October 9, 1934; decided October 23, 1934.)

*Abraham Kaplan, David A. Ticktin* and *Milton Adler* for appellant.

*David Asch, William J. Butler* and *Francis X. Walsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.